# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10-CV-00128-GCM

| | |
|---|---|
| BARBARA HAPGOOD, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING** |
| | ) **ADMISSION PRO HAC VICE** |
| US AIRWAYS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court upon the motion of Plaintiff to allow **Lawrence Brocchini** to appear *Pro Hac Vice*, dated March 19, 2010 [doc. #2].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (E), the Court notes that Mr. Brocchini has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 23, 2010

Graham C. Mullen
United States District Judge